In the Matter of the Estate of CHARLES ROSENBERG, Deceased.

HAROLD R. LHOWE et al., Appellants; MORTON ROSENBERG et al., as Executors and Trustees, Respondents.

(Argued October 2, 1934; decided October 16, 1934.)

*Harold Korzenik* for appellants.

*Henry A. Blumenthal* and *Albert C. Fach* for respondents.

Order affirmed, with costs to respondents payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.